WILLIAM L. MANTHA Co., INC., Respondent, *v.* MINNIE
A. DEGRAFF et al., as Executors of WILLIAM WESTER-
BEKE, Deceased, Appellants.

(Argued January 21, 1935; decided February 26, 1935.)

*Guy O. Walser* for appellants.

*George H. Carleton* and *John R. Vunk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.